UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-1059

NANCY J. HALSTEAD; MICHAEL F. FULLER,

Plaintiffs - Appellants,

versus

COMMONWEALTH OF VIRGINIA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-96-1817-A)

Submitted: July 24, 1997      Decided: August 5, 1997

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nancy J. Halstead, Michael R. Fuller, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order dismissing their civil rights complaint as frivolous and denying their emergency motions for a restraining order and for production of documents. Appellants alleged that numerous state and federal government agencies and officers of the court are involved in a wide-spread conspiracy of concealment and harassment against the Appellants. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Halstead v. Virginia, No. CA-96-1817-A (E.D. Va. Dec. 24 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2